473 A.2d 673

Commonwealth v. Terry, Appellant.
Petition for Allowance of Appeal
Denied Sept. 4, 1984.

602

Submitted November 18, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court President Judge Richard P. Lowe is affirmed.